JOSEPH BIANCHI, Respondent, v. LOBLAW GROCETERIAS, INC., Appellant.— All concur, except Piper, J., who dissents and votes for reversal and for granting a new trial, on the ground that the plaintiff failed to prove his own freedom from contributory negligence or that the defendant was negligent. (Appeal from a judgment for plaintiff in a negligence action. The order denies a motion for a new trial.) Present— Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

In the Matter of GEORGE C. YOUNG, Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— All concur. (Review of determination of the State Liquor Authority suspending petitioner's liquor license for thirty days.) Present— Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ. [See 280 App. Div. 881.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH YANIK, Appellant.— All concur. (Appeal from a judgment convicting defendant of the crime of criminal negligence in the operation of a vehicle resulting in death.) Present— Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

WARD R. WHIPPLE, Respondent, v. WARD N. BRITTON, Individually and as Successor Trustee under a Deed of Trust Executed by WILLIS N. BRITTON, Appellant.— All concur. (Appeal from a judgment of Monroe County Court affirming, with costs a judgment of Rochester City Court for plaintiff in an action to recover for legal services.) Present— Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ. [See 280 App. Div. 881.]

FRANK TEMPIO, Appellant, v. KERMIT E. SCRUGGS, Respondent, et al., Defendants.— All concur. (Appeal from a judgment dismissing the complaint as to defendants Scruggs and Coley in an action to cancel bill of sale and lease.) Present— Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

FRANK TEMPIO, Appellant, v. CHARLES J. TEMPIO et al., Respondents.— All concur. (Appeal from a judgment dismissing the complaint in an action to cancel conveyances of chattels and to reform a lease. The order granted defendant's motion to dismiss.) Present— Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.